MAD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. '21 MJ4631 |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8, U.S.C., Section 1324(a)(2)(B)(iii) |
| Rodrigo SANTIAGO-Crespo (D1), ) | Bringing in Unlawful Alien(s) Without Presentation |
| Ernesto ISIDRO-Najera (D2), ) | |
| ) | Title 8, U.S.C., Section 1326 |
| Defendants. ) | Attempted Entry after Deportation |

The undersigned complainant, being duly sworn states:

### Count 1

On or about December 7, 2021, within the Southern District of California, Defendant 1 Rodrigo SANTIAGO-Crespo, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that alien, namely, Inez VAZQUEZ-Martinez had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

## Count 2

On or about December 7, 2021, within the Southern District of California, Defendant 2 Ernesto ISIDRO-Najera, an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the San Ysidro, California Port of Entry, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the Defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Gabriela Acevedo, Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 8th of December 2021.

_____
HON. ANDREW G. SCHOPLER
UNITED STATES MAGISTRATE JUDGE

PROBABLE CAUSE STATEMENT

The complainant states that Inez VAZQUEZ-Martinez is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena and she is a material witness in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On December 7, 2021, at approximately 2:02 P.M., Rodrigo SANTIAGO-Crespo, (D1), a Mexican Citizen, made application for admission to the United States from Mexico at the San Ysidro Port of Entry through the vehicle primary lanes. During the primary inspection, Defendant presented his valid border crosser card to a Customs and Border Protection (CBP) Officer. The CBP Officer asked the Defendant where he was going to which he stated he was going to San Ysidro and gave a negative customs declaration. The CBP Officer received a computer-generated alert and referred the vehicle to secondary for further inspection.

In secondary, a CBP Officer conducted an inspection of the vehicle and opened the tailgate, lifted the bed liner and a non-factory compartment in the bed of the truck was discovered with two individuals concealed within. D1 was removed from the vehicle and escorted to a secured office. The two individuals concealed were later identified as Inez VAZQUEZ-Martinez (Material Witness) and Ernesto ISIDRO-Najera (D2), determined to be citizens of Mexico without documents to enter, pass through or reside in the United States.

D2 was queried by fingerprint and photograph submission through the Integrated Automated Fingerprint Identification System (IAFIS) and the Automated Biometric Identification System (IDENT). IAFIS and IDENT returned a match to the query linking the Defendant to Federal Bureau of Investigation (FBI) and Department of Homeland Security (DHS) records.

According to DHS records, D2 was ordered deported from the United States by an Immigration Judge on or about December 13, 2018 and was subsequently physically removed from the United States to Mexico on December 18, 2018 through San Ysidro, California. DHS records contain no evidence D2 has applied for or received permission from the United States Attorney General or designated successor, the Secretary of the Department of Homeland Security, to legally seek reapplication for admission into the United States.

At approximately 5:17 P.M., D1 was advised of his Miranda rights and elected to give a statement. D1 stated he knew he was doing something illegal by smuggling money into the United States and was going to be paid $2,000.00 illicit activity. D1 stated he was going to deliver the money to a Walmart parking lot. D1 stated he knows it's illegal to smuggle persons into the United States.

During a video recorded interview, the Material Witness admitted she is a citizen of Mexico without documents to enter the United States. The Material Witness said she does not know how much she was going to pay to be smuggled into the United States. Material Witness was going to Greenfield, California to seek work and residence.